THE DAVID GILMOUR DOOR COMPANY, Appellant, *v.* JOHN S. SHEA, as Sheriff of the County of New York, et al., Respondents.

(Argued March 7, 1916; decided March 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1914, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term. The plaintiff recovered a judgment against the defendants Daniel Shollenberger and Ralph Shollenberger, and an execution was issued thereon to the sheriff of the county of New York, who made a levy upon certain property. The Iroquois Door Company, Mary P. Shollenberger and Shollenberger & Co. filed third party claims with the sheriff claiming to be owners of the property, giving its value and stating the damage over and above the same which would be suffered if the property were sold under execution. The claims were tried before a sheriff's jury as provided by law, which decided that the property

belonged to the claimants. The jury also determined its value and the damages above such value which would be suffered if the levy were not released. The plaintiff declined to give the requisite bond, but instead brought this action by which it seeks to set aside the finding or inquisition of the sheriff's jury, to have this court declare that the judgment debtors are the owners of the property claimed by the third parties; that such third party claimants have no interest therein, and to require the sheriff to sell said property under said execution.

*Walter W. Chamberlain* and *Eugene M. Bartlett* for appellant.

*Francis A. O'Neill* and *Arleigh Pelham* for respondents.

Judgment reversed, new trial granted, costs to abide event, on dissenting opinion of LAUGHLIN, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.